UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| The Rose Club Company, Ltd and Rashna Cussen<br><br>Plaintiffs,<br><br>vs.<br><br>Kennedy Funding Financial, LLC<br><br>Defendant, | Case No.:19-CV-18127-FLW-LHG |

## JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

The parties, by and through undersigned counsel, hereby notify the Court that this matter has been amicably settled and therefore stipulate to dismissal of the above-styled action, with prejudice, each party to bear their own attorneys' fees and costs.

The parties specifically request that this Court reserve jurisdiction to enforce and/or interpret the terms of the parties' settlement in this matter.

WHEREFORE, it is respectfully requested that the Court dismiss this action with prejudice.

*Attorney for Plaintiff*

ROD COLEMAN, ESQ.
400 S. Dixie Highway, #121
Boca Raton, FL 33432
(561) 620-9292

*Attorney for Defendant*

JORDAN DEFLORA, ESQ.
930 Sylvan Ave, #110
Englewood Cliffs, NJ 07632
201) 708-9921

*Attorney for Plaintiff*

JOSEPH SCHRAMM, ESQ.
100 Overlook Center, 2nd FL
Princeton, NJ 08540
(856)733-0220